# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | IN PROCEEDINGS UNDER |
| ) | CHAPTER 7 |
| CURTIS F. BROWNING and ) | |
| CRYSTAL D. BROWNING, ) | |
| ) | |
|    Debtors. ) | Case No. 17-40242 |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx ) | |
| ) | |
| DANA S. FRAZIER, TRUSTEE ) | |
| OF THE ESTATE OF CURTIS F. ) | |
| BROWNING AND CRYSTAL D. ) | |
| BROWNING, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Adversary No. 17-04022 |
| ) | |
| GFC LENDING LLC., ) | |
| ) | |
|    Defendant. ) | |

## MOTION TO DISMISS COMPLAINT

COMES NOW Dana S. Frazier, The Trustee in the Bankruptcy Estate of Curtis Browning and Crystal Browning, by her attorney, Dana S. Frazier, and moves to dismiss the Complaint against GFC Lending, LLC. in this matter, as Defendant has provided a full and complete defense to the Trustee's avoidance action pursuant to 11 U.S.C § 547.

WHEREFORE, Trustee prays that her Complaint To Avoid Preferential Transfer and for Release of Vehicle Title be dismissed.

Respectfully Submitted,

/s/ Dana S. Frazier\_\_\_
Dana S. Frazier, #06242921
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED this 22nd day of November, 2017 with the correct postage prepaid and deposited in the U.S. Mail in Murphysboro, Illinois.

Deidre Jewel
The Jewel Law Firm
1416 N. Kingshighway
Cape Girardeau, MO  63701

GFC Lending LLC
P.O. Box 29002
Phoenix, AZ  85038

GFC Lending LLC
c/o Toni Sottile
Sottile & Barile
394 Wards Corner Road
Loveland, Ohio  45140

U.S. Trustee, Region 10


                                        /s/ Dana S. Frazier


Dana S. Frazier
Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Phone:  (618) 687-5707
Fax:  (618) 687-5710